UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

FILED
2009 DEC 14 PM 4: 17

| | |
|---|---|
| LARRY CHANEY, et ux.<br>DANA CHANEY,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 3 09 1185<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE

TO:   Ms. Eloise Gaither
       Circuit Court Clerk
       Rutherford County Circuit Court
       201 Judicial Building
       Murfreesboro, TN 37130

Please take notice that on the 14th day of December, 2009, defendant, State Farm fire and Casualty Company, in case number 59897, pending before the Circuit Court for Rutherford County, Tennessee removed said action to the United States District Court for the Middle District of Tennessee, Nashville Division.

                                  Respectfully submitted,

                                  s/ Parks T. Chastain
                              **PARKS T. CHASTAIN**
                              Registration No. 13744
                              Attorney for Defendant, State Farm Fire and
                                 Casualty Company

                              **BREWER, KRAUSE, BROOKS,**
                              **CHASTAIN & BURROW, PLLC**
                              P. O. Box 23890
                              Nashville, TN 37202-3890
                              (615) 256-8787

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2009, a true and correct copy of the foregoing has been sent, via first-class mail, postage prepaid to:

Raymond G. Prince, Esquire
Prince & Hellinger, PC
150 Second Avenue, North, Suite 300
Nashville, TN 37201-1902

Ms. Eloise Gaither
Circuit Court Clerk
Rutherford County Circuit Court
201 Judicial Building
Murfreesboro, TN 37130

s/ Parks T. Chastain
**PARKS T. CHASTAIN**

PTC:dmt