IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LARRY CHANEY; and DANA )
CHANEY ) No. 3-09-1185
 )
v. )
 )
STATE FARM FIRE AND )
CASUALTY COMPANY )

O R D E R

The orders entered January 25, 2010 (Docket Entry Nos. 9-10), established a September 1, 2010, deadline for filing any dispositive motions.

However, no dispositive motion has been filed.[1] Therefore, counsel for the parties shall convene a telephone conference call with the Court on **Tuesday, September 21, 2010, at 2:00 p.m.,** to be initiated by defendant's counsel, to address the potential for settlement, propriety of ADR, and any matters to be addressed by the Magistrate Judge prior to the December 15, 2010, pretrial conference and January 11, 2011, trial.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] As provided in the January 25, 2010, order (Docket Entry No. 10), the parties did not anticipate filing any dispositive motions.