IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LARRY CHANEY; and DANA )
CHANEY ) No. 3-09-1185
)
v. )
)
STATE FARM FIRE AND )
CASUALTY COMPANY )

O R D E R

Pursuant to the order entered September 3, 2010 (Docket Entry No. 12), counsel for the parties called the Court on September 21, 2010, at which time they advised that all discovery has been completed except for the deposition of one expert, whose deposition could not be taken by the September 1, 2010, deadline because of the death of his child. Counsel also reported that they have no disputes or matters to be addressed by the Magistrate Judge prior to trial and that there is no chance that the parties will be able to reach a settlement.

The September 1, 2010, deadline for completion of all discovery is extended to October 29, 2010, for the sole purpose of taking the deposition of the expert referenced above.

Because there are no matters to be addressed by the Magistrate Judge, the Clerk is directed to forward the file in this case to the Honorable John T. Nixon prefatory to the December 15, 2010, pretrial conference and January 11, 2011, trial.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge