IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LARRY CHANEY; and DANA )
CHANEY ) No. 3-09-1185
)
v. )
)
STATE FARM FIRE AND )
CASUALTY COMPANY )

O R D E R

By order entered June 30, 2011 (Docket Entry No. 24), this case was re-referred to the Magistrate Judge for further case management, including a ruling on the defendant's pending motion to exclude plaintiffs' experts (Docket Entry No. 21).[1]

Accordingly, a telephone conference call with counsel for the parties and the Court is scheduled on **Thursday, July 14, 2011, at 4:00 p.m.,** to be initiated by defendant's counsel, to address the pending motion to exclude, the potential for settlement, propriety of ADR, and any other matters to be addressed by the Magistrate Judge prior to the August 26, 2011, pretrial conference and September 13, 2011, trial.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered September 21, 2010 (Docket Entry No. 13), the Court found that there were no matters to be addressed by the Magistrate Judge prior to the trial and the case was returned to the Honorable John T. Nixon prefatory to the January 11, 2011, trial. However, upon agreed motion of the parties and by order entered December 22, 2010 (Docket Entry No. 19), the trial was rescheduled to September 13, 2011.