IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LARRY CHANEY; and DANA )
CHANEY ) No. 3-09-1185
 )
v. )
 )
STATE FARM FIRE AND )
CASUALTY COMPANY )

O R D E R

Pursuant to the order entered July 5, 2011 (Docket Entry No. 25), counsel for the parties called the Court on July 14, 2011, at which time the following matters were addressed:

1. The defendant's motion to exclude plaintiffs' experts designated outside scheduling order (Docket Entry No. 21) was DENIED.

2. The depositions of the plaintiffs' newly disclosed experts are scheduled on July 20, 2011, but, if they have not been able to complete their testing on the debris, the depositions will be rescheduled.

3. Counsel for the parties shall convene another telephone conference call with the Court on **Friday, July 22, 2011, at 1:00 p.m.,** to be initiated by defendant's counsel, to address whether the plaintiffs' experts have been deposed, and, if not, to what date(s) their depositions have been rescheduled, whether the defendant wants to use a rebuttal expert(s), and any other appropriate matters.[1]

Any party desiring to appeal any order of the Magistrate Judge may do so by filing a motion for review no later than fourteen (14) days from the date of service of the order. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge

---

[1] The plaintiffs did not file a response to the defendant's motion in limine (Docket Entry No. 17), and the Court assumes that it is unopposed.

of the basis for the appeal.  See Rule 72.02(b)(1) of the Local Rules of Court and Rule 72(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge