# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **LARRY CHANEY, et al.,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **NO.  3:09-1185** |
| | ) | **JUDGE SHARP** |
| **STATE FARM FIRE AND CASUALTY** | ) | |
| **COMPANY** | ) | |

### <u>ORDER</u>

The jury trial previously set  for September 13, 2011 is hereby reset for October 18, 2011

at 9:00 a.m. The Final Pretrial Conference remains set for September 9, 2011 at 1:30 p.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE