UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LARRY CHANEY, et al., | ) |
| | ) |
| | ) |
| v. | ) NO. 3:09-1185 |
| | ) JUDGE SHARP |
| STATE FARM FIRE AND CASUALTY | ) |
| COMPANY | ) |

## ORDER

The jury trial previously set for September 13, 2011 is hereby reset for October 18, 2011 at 9:00 a.m. The Final Pretrial Conference remains set for September 9, 2011 at 1:30 p.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE