# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| LARRY CHANEY, et al., ) | |
| ) | CASE NO: 3:09-1185 |
| ) | JUDGE KEVIN H. SHARP |
| v. ) | |
| ) | |
| ) | |
| STATE FARM FIRE AND CASUALTY, ) | |
| COMPANY ) | |

√ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the jury found as follows:

- Plaintiffs Larry and Dana Chaney did <u>not</u> prove by a preponderance of the evidence that they sustained a direct and accidental loss to their property located at 628 Crescent Road, Murfreesboro, Rutherford County, Tennessee 37128.

**IN ACCORDANCE WITH THE VERDICT OF THE JURY RETURNED ON OCTOBER 20, 2011, JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY.**

DATE: October 24, 2011              KEITH THROCKMORTON, CLERK

                                    BY: Angie Brewer
                                    Deputy Clerk